**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-1015**

_____

JOHN E. PASKOSKI,

Petitioner,

versus

CERES CORPORATION; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(99-0197)

_____

Submitted: June 27, 2000          Decided: July 10, 2000

_____

Before MURNAGHAN, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald F. Gay, ARNOLD & GAY, P.A., Baltimore, Maryland, for Petitioner. Lawrence P. Postol, SEAFORTH, SHAW, FAIRWEATHER & GERALDSON, Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John E. Paskoski seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore benefits pursuant to 33 U.S.C.A. §§ 901-950 (West 1994 & Supp. 2000). Our review of the record discloses that the administrative law judge properly weighed all relevant evidence upon remand and that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Paskoski v. Ceres Corp., BRB No. 99-0197 (B.R.B. Nov. 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED